**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VIOLA CROWDER,

       Plaintiff,

vs.                                                CASE NO. 3:05-cv-470-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

       Defendant.

_____

## **O R D E R**[1]

This cause is before the Court on the Unopposed Motion to Remand (Doc. #16; Motion), filed on November 15, 2005. Defendant requests the case be remanded "to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g)." *Id.* at 1. It is represented counsel for Plaintiff does not object. *Id.* at 2.

Pursuant to sentence six of 42 U.S.C. § 405(g), the Court "may at any time order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding[.]" Here, remand is sought

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #13).

> [f]or the Administrative Law Judge . . . to: (1) consider the evidence submitted to the Appeals Council from Shands Jacksonville; (2) offer Plaintiff the opportunity for another hearing; (3) consolidate Plaintiff's subsequent claims pending in the hearing office; (4) take any further action needed to complete the administrative record and issue a new decision; and (5) [hold] any other proceedings the Commissioner deems necessary.

*Id.* at 1.

Following a review of the Motion, it is unclear whether the case should be remanded under sentence six or sentence four. Accordingly, the Commissioner should, on or before November 28, 2005, file a supplement to the Motion clarifying the section under which remand is requested. Additionally, if a sentence six remand is still believed to be appropriate, the supplement should include the showing required under the statute.

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of November, 2005.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    *pro se* parties, if any